105 A.3d 659

**COMMONWEALTH of Pennsylvania and PA Department of Corrections, Respondents**

v.

**Keith SILFIES, Petitioner.**

**No. 177 MM 2014.**

Supreme Court of Pennsylvania.

Dec. 11, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Motion for Bail are **DENIED.**